60 F.3d 820
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 James Martin BROWN, Petitioner-Appellant,
v.
Edward W. MURRAY, Respondent-Appellee.
 No. 94-7138.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 22, 1995.
Decided July 10, 1995.
 
 James Martin Brown, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for Appellee.
 E.D.Va.
 DISMISSED.
 Before HALL, MURNAGHAN, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the magistrate judge's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the magistrate judge's opinion, and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the magistrate judge. Brown v. Murray, No. CA-94-391 (E.D. Va. Sept. 2, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED